ELECTRONICALLY FILED
12/28/2021 5:17 PM
05-CV-2021-901406.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| CAROLYN DAVIS, | § | |
| Plaintiff, | § | |
| vs. | § | Case No.: CV-2021- |
| WAL-MART, STORES, INC.; | § | |
| A, B, and C, being the person or persons who caused an unsafe condition for Carolyn Davis at the time and place referred to in this Complaint whose identities are otherwise unknown to plaintiff but who will be added by amendment when ascertained, | § § § § | |
| Defendants. | § | |

### COMPLAINT

COMES NOW Carolyn Davis, for her complaint for damages against defendants Wal-Mart Stores, Inc., A, B, and C, alleges as follows:

1. Carolyn Davis is an adult resident of Mobile County, Alabama.

2. Defendant Wal-Mart Stores, Inc., is a foreign corporation that at all times material to this complaint was doing business in Mobile County, Alabama.

3. On or about April 29, 2020, plaintiff Carolyn Davis, while a business invitee at defendants' Wal-Mart store #6173, located on 21141 Highway 59, Robertsdale, Alabama, was caused to fall by an unsafe condition on the premises and was injured.

4. Defendants Wal-Mart Stores, Inc., A, B, and C were at all material times in control of said premises and/or had responsibility for the condition of said premises.

5. Defendants Wal-Mart Stores, Inc., A, B, and/or C created, knew, or should have known of the unsafe condition.


DEFENDANT'S EXHIBIT A

DOCUMENT 2

6. Plaintiff's injuries and other damages as set forth below were proximately caused by the negligence of defendants in one or more of the following respects:

a. failing to maintain said premises in a reasonably safe condition for business invitees such as plaintiff;

b. failing to warn business invitees such as plaintiff of the unsafe condition on its premises;

c. failing to properly train and/or supervise agents, servants and employees regarding safeguarding business invitees such as plaintiff from unsafe conditions on the premises;

d. failing to timely remedy the unsafe condition for the safety of customers and business invitees, including plaintiff;

e. failing to clean up the floor in a timely manner for the protection of its customers and business invitees, including plaintiff;

f. causing or creating the unsafe condition that caused plaintiff to fall.

7. Defendants' said negligence proximately caused plaintiff to suffer injuries and damages including but not limited to: she suffered physical injuries to her person; she underwent medical evaluation and treatment for her injuries; she incurred expenses for said evaluation and treatment of her injuries; she has been caused to suffer physical pain and mental anguish; and she will be caused to suffer similar damages in the future.

WHEREFORE, Plaintiff Carolyn Davis demands judgment against Defendants Wal-Mart Stores, Inc., A, B, and C for compensatory damages and costs of this action.

DOCUMENT 2

Respectfully Submitted,

/s/ T. Randall Lyons
T. Randall Lyons (LYO006)
David J. Maloney (MAL014)
MALONEY-LYONS LLC
Attorneys for Plaintiff
601 Government Street
Mobile, Alabama 36602
(251) 433-4440
(251) 433 5696 (fax)
rylons@maloneylyons.com

Please serve the Defendants by Certified Mail, Return Receipt Requested, as follows:

Wal-Mart Stores, Inc.
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

DOCUMENT 3

ELECTRONICALLY FILED
12/28/2021 5:17 PM
05-CV-2021-901406.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

State of Alabama                       SUMMONS - CIRCUIT                       Case Number

Unified Judicial System                                                        CV-2021-

### IN THE DISTRICT COURT OF BALDWIN COUNTY, ALABAMA

Plaintiff, Carolyn Davis                        Defendant, Wal-Mart Stores, Inc.

**NOTICE TO:**       Wal-Mart Stores, Inc.
                     c/o CT Corporation System
                     2 North Jackson Street, Suite 605
                     Montgomery, Alabama 36104

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to David J. Maloney, Attorney for Plaintiff, whose address is 601 Government Street, Mobile, Alabama, 36602.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

____  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER Rule 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this Summons and a copy of the Complaint in this action upon Defendant.

__XX__  This service by certified mail of this Summons is initiated upon written request of the Plaintiff pursuant to Rule 4.1© of the Alabama Rules of Civil Procedure.

_____, 20____        _____      By: _____
Date                                   Clerk/Register

_____ Certified Mail is hereby requested          _____ s/ T. Randall Lyons
                                                   Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

_____  Certified Mail return receipt received in this office on (Date) _____. (Return receipt attached hereto.

_____  I certify that I personally delivered a copy of this Summons and Complaint to _____
        _____ in _____ County, Alabama, on (Date) _____
        _____.

_____, 20____        _____
Date                                   Server Signature

Address of Server:
_____               _____
                                      Type of Process Server

1

DOCUMENT 8

 **UNITED STATES POSTAL SERVICE**

January 5, 2022

Dear Circuit Clerk:

Case Number: 05-CV-2021-901406.00
Document Type: Complaint
Restricted Delivery Requested: No

**UJS Information**

Intended Recipient:
WAL-MART STORES, INC. (D001)
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL 36104

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4105 2100 0932 62**.

### Item Details

| | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | January 5, 2022, 8:39 am |
| Location: | MONTGOMERY, AL 36104 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

### Shipment Details

Weight: 3.0oz

### Recipient Signature

Signature of Recipient: 

Signature: X Jennifer Lockwood
Printed Name: Jennifer Lockwood
Delivery Address: 2 N Jackson St 605

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004